113 F.3d 922w
 97 Cal. Daily Op. Serv. 3138, 97 Daily Journal
D.A.R. 5479
CATHOLIC SOCIAL SERVICES, INC.; American Federation of
Labor--Congress of Industrial Organizations; United Farm
Workers of America, AFL-CIO; Miguel Moran; Kamiel Abubakr;
Maria Magana; Elias Velasquez; Maria Velasquez;
Francisco Arizaga, Plaintiffs-Appellees,
v.
Janet RENO, Attorney General; Doris Meissner, Commissioner
of Immigration and Naturalization Service,
Defendants-Appellants.
 No. 96-15495.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Feb. 11, 1997.
Decided April 30, 1997.
For Superseding Opinion, Amended on Denial of Rehearing, See 1997 WL 817338.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION